# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 13-3168-CV-S-ODS |
| | ) | |
| UNITED STATES CURRENCY IN | ) | |
| THE APPROXIMATE AMOUNTS OF | ) | |
| $118,245.00 and $69,700.00, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR FINAL ORDER OF FORFEITURE

The United States of America respectfully requests that this Court enter a Final Order of Forfeiture in the above-styled case. In support of its motion, the United States sets forth the following suggestions.

## SUPPORTING SUGGESTIONS

Based upon the Amended Complaint filed May 31, 2013, the voluntary dismissal of Claimant Marco A. Maniaci's claim (Doc. 54), and the Stipulation entered into between the United States and Claimant Lucas J. Taggart filed on July 14, 2014 (Doc. 56), the United States moves this Court for entry of a Final Order of Forfeiture of the United States Currency which is the defendant in this action. While the voluntary dismissal and stipulation extinguish the Claimants' interests, the Final Order of Forfeiture is necessary to extinguish the interests of third parties, and to allow the United States Marshal Service to take the necessary steps for forfeiture of the currency.

In accordance with 21 U.S.C. § 853(n)(1), the United States published notice of the forfeiture of the above-described property and the requirements for filing a claim for the property on the Internet site www.forfeiture.gov for at least 30 consecutive days during the administrative processing of this case. The publication was completed on February 19, 2013, and no claims were filed other than those of Maniaci and Taggart. Pursuant to 21 U.S.C. § 853(n)(2), any person asserting a legal interest in the property subject to forfeiture may, within thirty days of the final publication of notice, or of receipt of actual notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of his/her/its alleged interest in the property. No claims were filed within that thirty-day period other than those of Maniaci and Taggart. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter a Final Order of Forfeiture with respect to the defendant property.

Respectfully submitted,

Tammy Dickinson
United States Attorney

By      */s/ Cynthia J. Hyde*

Cynthia J. Hyde
Assistant United States Attorney
Mo. Bar. #34735
901 St. Louis, Suite 500
Springfield, MO 65806
(417) 831-4406 telephone
(417) 831-0078 facsimile
cynthia.hyde@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed on July 14, 2014, using the CM-ECF system of the United States District Court for the Western District of Missouri, for electronic delivery to all counsel of record.

*/s/ Cynthia J. Hyde*
Cynthia J. Hyde
Assistant United States Attorney